UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

DENIS QUINTERO VILLANUEVA

        v.                        Civil No. 26-cv-033-JL-AJ

SUPERINTENDENT, STRAFFORD COUNTY
    DEPARTMENT OF CORRECTIONS;
DIRECTOR, BOSTON FIELD OFFICE,
    UNITED STATES IMMIGRATION
    AND CUSTOMS ENFORCEMENT[1]

**O R D E R**

Petitioner, a civil immigration detainee from Honduras, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), challenging his detention at the Strafford County Department of Corrections ("SCDC"), in United States Immigration and Customs Enforcement ("ICE") custody. The Petition is before this court to determine whether the claims asserted are not facially invalid and may proceed. See Rule 4 of the Rules Governing Section 2254 Cases ("§ 2254 Rules"); see also § 2254 Rule 1(b); LR 4.3(d)(4).

Petitioner claims he is being held in violation of his rights under the Fifth Amendment and the Immigration and Naturalization Act. Courts have granted relief in such circumstances. See, e.g., Destino v. FCI Berlin Warden, 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025); Guerrero Orellana v. Moniz, No. 25-CV-12664-PBS, 2025 WL 3687757 (D. Mass. Dec. 19, 2025) (granting class-wide relief); Maldonado Bautista v. Noem, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025) (granting class-wide relief), appeal filed, No. 25-7958 (9th Cir., docketed Dec. 19, 2025). Petitioner seeks immediate release or a bond hearing.

---

[1] The Petition names additional federal officers in their official capacities. The court declines to order service as to those officers at this time.

The clerk's office shall:

- Provide an electronic copy of this Order and the Petition (Doc. No. 1) to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire as soon as is practicable;

- Deliver a copy of the Petition (Doc. No. 1) and this Order to the Office of the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Serve the SCDC Superintendent by sending the same documents, by email, to Strafford County Attorney Emily Garod at: egarod@straffordcounty.gov, and copy that email to Meghan Raiche at mraiche@straffordcounty.gov, and the SCDC Superintendent at cbrackett@straffordcounty.gov.

- Send copies of the same documents by certified mail to:

    - **Director**, Boston Field Office, U.S. Immigration and Customs Enforcement, 1000 District Ave., Burlington, MA 01803; and

    - **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

The Federal Respondents shall respond to the claims in the Petition within three days of the date of this Order, or by such earlier or later date established by any order issued by the District Judge in this matter.

The SCDC Superintendent must file an appearance in this matter within fourteen days of service upon him. The SCDC Superintendent is not required to file an answer or other response to the Petition until further court order.

Any party may request a status conference at any time, including before service on Respondents is complete.

Unless otherwise ordered, Respondents shall provide this court with at least 72 hours of advance notice of any scheduled removal or transfer of Petitioner out of this court's jurisdiction. Such notice shall be filed in writing on the docket of this proceeding and shall state the reasons for such action and why the move should not be stayed pending further court proceedings. Notice of Petitioner's release from custody may be provided after the fact.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

January 24, 2026

cc: **Christopher J. Somma, Esq.**