UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Denis Quintero Villanueva

v.                                                    Case No. 1:26-cv-00033-JL-AJ

Patricia H. Hyde, et al.

## **ORDER**

Before the court is the habeas petition brought by Denis Quintero Villanueva challenging his ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.), or, alternatively, the same class relief ordered in *Guerrero Orellana v. Moniz*, No. 25-CV-12664-PBS, 2025 WL 3687757, at *10 (D. Mass. Dec. 19, 2025) and *Maldonado Bautista v. Santacruz*, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025).[2]  In response, the government noted that it "object[ed] to this Court granting relief" under "either *Destino* or *Guerrero Orellana/Bautista*" on the basis that both cases were "wrongly decided,"[3] but conceded that "the court would likely reach the same result" if it applied *Destino*'s reasoning here and, further, that "ICE considers Petitioner to be a *Guerrero Orellana* class member."[4]

Thus, no cause having been shown, the court GRANTS the petition[5] for a bond hearing based on the reasoning in *Destino*, and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report within 10 days of this order.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: January 28, 2026

Cc: Counsel of record

---

[1] Pet. (doc. no. 1)
[2] Show Cause Order (doc. no. 3).
[3] Show Cause Response (doc. no. 5) at 2-3.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[4] *Id.* at 2-3.
[5] Doc. no. 1.